FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JAN 14 AM 9: 23

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER TO DISMISS |
| | ) | |
| v. | ) | 4:15-CR-0154 |
| | ) | |
| HILLARY A. HAYMAN | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the information in the above-captioned case is dismissed as requested by the United States Attorney.

SO ORDERED, this __13th__ day of January, 2016.

_____
HONORABLE G.R. SMITH
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA